THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* CHARLES ROGAS, Appellant.

(Argued June 3, 1936; decided July 8, 1936.)

*Harry Elegant* and *Ella Bernard* for appellant.

*William F. X. Geoghan, District Attorney (Henry J. Walsh* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.